■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALENTIN VASQUEZ, Appellant. [673 NYS2d 942] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 30, 1990 (*People v Vasquez,* 160 AD2d 1035), affirming a judgment of the Supreme Court, Kings County, rendered April 24, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Miller and Florio, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT WRIGHT, Appellant. [673 NYS2d 942] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered January 30, 1996, convicting him of criminal possession of a controlled substance in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his claim that the evidence adduced at trial was legally insufficient to establish his guilt beyond a reasonable doubt (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80, 85-86). Sullivan, J. P., Joy, Krausman and Florio, JJ., concur.